909 A.2d 297

**Joseph O. ELLIOTT, Sr., Appellant**

v.

**Harry E. WILSON, et. al., Jeffrey A. Beard, PhD., Edward G. Rendell, Gov., Robert TretInilk, L.R.N., Appellees.**

**Joseph Elliott, Sr., Appellant**

v.

**Jeffrey A. Beard, PhD., et. al., Michael Farnan, Esq., Donald Kelchner, Ian Taggart, & Robert Marsh, Appellees.**

Supreme Court of Pennsylvania.

Sept. 26, 2006.

Reconsideration Denied Nov. 30, 2006.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of September, 2006, the above-captioned appeals are quashed for failure to file a brief.